UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| JACQUELINE PEREZ, | 07-CV-08284-AKH |
| Plaintiff, | |
| | **APPEARANCE** |
| - against - | |
| | **ELECTRONICALLY FILED** |
| 100 CHURCH LLC., *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       January 18, 2008

                          By:     /s/ Judith R. Cohen
                          _____
                          Judith R. Cohen (JC-8614)
                          1177 Avenue of the Americas
                          New York, New York 10036
                          Phone: (212) 277-6500
                          Fax: (212) 277-6501

                          *Attorney for Defendant*
                          MERRILL LYNCH & CO., INC.

DOCSNY-287517