KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER           21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
JACQUELINE PEREZ,                           DOCKET NO:
                                            07 CV 8284

                           Plaintiffs,

   -against-

7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ABM INDUSTRIES INC.,
ABM JANITORAL NORTHEAST, INC., AMEC         NOTICE OF
MANAGEMENT, INC., AMEC EARTH               APPEARANCE
ENVIRONMENTAL, INC., ANTHONY CORTESE
SPECIALIZED HAULING LLC., ATLANTIC
HEYDT CORP., BECHTEL ASSOCIATES PROFESSIONAL
CORPORATION; BECHTEL CONSTRUCTION, INC.,
BECHTEL CORPORATION; BECHTEL ENVIRONMENTAL
INC., BERKEL & COMPANY, CONTRACTORS,
INC., BIG APPLE WRECKING & CONSTRUCTION CORP.,
BOVIS LEND LEASE LMB, INC., BREEZE CARTING
CORP., BREEZE NATIONAL INC., BRER-FOUR
TRANSPORTATION CORP., BURO HAPPOLD
CONSULTING ENGINEERS, P.C., C.B. CONTRACTING
CORP., CANRON CONSTRUCTION COP., CORD
CONTRACTING CO., INC., DAKOTA DEMO TECH;
DIAMOND POINT EXCAVATING CORP., DIEGO
CONSTRUCTION, INC., DIVERSIFIED CARTING, INC.,
DMT ENTERPRISE, INC., D'ONOFRIO GENERAL
CONTRACTORS CORP., EAGLE LEASING &
INDUSTRIAL SUPPLY INC., EAGLE ONE ROOFING

CONTRACTORS, INC., ED DAVIES, INC., EN-TECH
CORP., EVERGREEN RECYCLING OF CORONA
(EROC) EWELL W. FINLEY, P.C., EXECUTIVE
MEDICAL SERVICES, P.C, FLEET TRUCKING, INC.,
FRANCIS A. LEE EXTERIOR RESTORATION; INC.,
FTI TRUCKING, INC., GILSANZ, MURRAY & STEFICEK
LLP., GOLDSTEIN KOCH SKANSKA INC., LAQUILA
CONSTRUCTION INC., LASTRADA GENERAL
GENERAL CONTRACTING CORP., LESLIE E.
ROBERTSON ASSOCIATES CONSULTING
ENGINEERS, P.C., LIBERTY MUTUAL GROUP;
LOCKWOOD, KESSLER & BARTLESS, INC.
LUCIUS PITKIN, INC., LZA TECH-DIV OF
THORTON TOMASTEEI, MANAFORT
BROTHERS INCORPORATED; MAZZOCCHI
WRECKING INC., HUDSON MERIDIAN CONSTRUCTION
GROUP; LLC F/K/A MERIDIAN CONSTRUCTION CORP.,
MORETRENCH AMERICAN CORP., MRA
ENGINEERING, P.C., MUESER RUTLEDGE
CONSULTING ENGINEERS, INC., NACIREMA
INDUSTRIES INCORPORATED; NEW YORK
CRANE & EQUIPMENT CORP., NICHOLSON
CONSTRUCTION COMPANY; PETER SCALAMANDRE
& SONS, INC., PINNACLE ENVIRONMENTAL CORP.,
PLAZA CONSTRUCTION CORP., PLAZA
CONSTRUCTION CORP., PRO SAFETY SERVICES, LLC.;
PT & L CONTRACTING CORP., ROBERT SILMAN
ASSOCIATES, ROBERT L. GEROSA, INC., RODAR
ENTERPRISES, INC., ROYAL GM, INC.,
SAB TRUCKING INC., SAFEWAY ENVIRONMENTAL
CORP., SEASONS INDUSTRIAL CONTRACTING;
SEMCOR EQUIPMENT & MANUFACTURING CORP.,
SILERITE CONTRACTING CORPORATION; SIMPSON
GUMPERTZ & HEDGER, INC., SKIDMORE, OWING &
MERRILL LLP; SURVIVAIR, TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN; TISHMAN
CONSTRUCTION CORPORATION OF NEW YORK;
TISHMAN INTERIORS CORPORATION; TISHMAN
SPEYER PROPERTIES; THORTON-TOMASETTI, GROUP,
INC., TORRETTA TRUCKING, INC., TOTAL SAFETY
CONSULTING, LLC.,  TUCCI EQUIPMENT RENTAL
CORP., TULLY CONSTRUCTION CO., INC.,
TURNER CONSTRUCTION COMPANY; ULTIMATE
DEMOLITION/CS HAULING (JOINT VENTURE);
VOLLMER ASSOCIATES LLP., WEEKS MARINE INC.,

WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C., WHITNEY CONTRACTING INC., WOLKOW-BRAKER ROOKING CORP., WORLD TRADE CENTER PROPERTIES, LLC., WSP CANTOR SEINUK, YANUZZI & SONS, INC., YONKERS CONTRACTING COMPANY, INC., YORK HUNTER CONSTRUCTION, LLC., ZIEGENFUSS DRILLING, INC.,

OFF SITE:

100 CHURCH, LLC, ABATEMENT PROFESSIONALS, ABSCOPE ENVIRONMENTAL, INC., ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, APPLIED ENVIRONMENTAL INC., BANKERS TRUST COMPANY, BANKERS TRUST CORP., BANKERS TRUST NEW YORK CORPORATION, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATOSTOPHE, D/B/A/ BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BRISTOL ENVIRONMENTAL, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PARTNERS, L.P., BROOKFIELD PARTNERS, LP., BROOKFIELD PROPERTIES, CORPORATION, BT PRIVATE CLIENTS CORP., CATAMOUNT ENVIRONMENTAL, INC., CDL NEW YORK LLC CLAYTON ENVIRONMENTAL CONSULTANTS, COMPREHENSIVE ENVIRONMENTAL SERVICE CO., CONTAMINANT CONTROL, INC., COVINO ENVIRONMENTAL ASSOCIATES, INC., CRITERION LABORATORIES, INC., CUNNINGHAM DUCT CLEANING CO., INC., DARLING ASBESTOS DISPOSAL COMPANY INC., DEPARTMENT OF BUSINESS SERVICES DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, DIVERSIDED ENVIRONMENTAL CORPORATION, DYNASERV INDUSTRIES, INC., ENVIRONMENTAL PRODUCT AND SERVICES, INC., ENVIRONMENTAL SERVICES AND TECHNOLOGIES, INC., ENVIRONMENTAL TESTING, INC., ENVIROSERVE INC., ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY,

JONES LANG LASALLE AMERICAS, INC., JONES LAND LASALLE, KASCO RESTORATIONS SERVICES CO., LAW ENGINEERING, P.C., LVI ENVIRONMENTAL SERVICES, INC., LVI SERVICES, INC., MARCOR REMEDIATION INC., MERRILL LYNCH & CO., INC., MILRO ASSOCIATES, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., NORWICH LABORATORIES, PAR ENVIRONMENTAL CORPORATION, PINNACLE ENVIRONMENTAL CORPORATION, POTOMAC ABATEMENT INC., ROYAL ENVIRONMENTAL INC., SENCAM, INC., SPECIALTY SERVICE CONTRACTING INC., STRUCTURE TONE GLOBAL SERVICES, INC., SYSKA AND HENNESSY, TELLABS OPERATIONS, INC., THE BANK OF NEW YORK TRUST COMPANY NA, THE TRC ENGINEERS INC., TRIBECA LANDING LLC., TTI ENVIRONMENTAL SERVICES, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC., VERIZON NEW YORK, INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., L.P. WFP TOWER B. CO., L.P., WILLIAM F. COLLINS, ARCHITECT and ZAR REALTY MANAGEMENT CORP., ET AL.

                              **Defendants.**

-------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

              **CUNNINGHAM DUCT WORK s/h/i/a**
              **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
      August 20, 2008

<div style="margin-left: 50%;">

<u>Kevin G. Horbatiuk</u>
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

</div>

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiff
        **JACQUELINE PEREZ**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 20th day of August, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JACQUELINE PEREZ**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**